■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN THOMAS, Appellant. [648 NYS2d 547] —Judgment, Supreme Court, New York County (Bernard Fried, J.), rendered October 3, 1994, convicting defendant, after a jury trial, of three counts of murder in the second degree and criminal possession of a weapon in the second and third degrees, and sentencing him to concurrent terms of 25 years to life (three times), 5 to 15 years and $2^1/_3$ to 7 years, respectively, unanimously affirmed.

Defendant's right to confront witnesses was not violated by the reference in the prosecutor's opening statement to a witness who did not ultimately testify, there being no indication of bad faith. Any prejudice resulting from the reference, or from the testimony of a police witness concerning the nonappearing witness, was minimized by the court's instructions on what constitutes evidence, by the fact that defendant's objections to the testimony were sustained (*see, People v De Tore*, 34 NY2d 199, 207-208, *cert denied sub nom. Wedra v New York*, 419 US 1025), and by the overwhelming evidence of defendant's guilt. Defendant's claim that the evidence was insufficient to prove felony murder is, as he concedes, unpreserved for appellate review (*People v Gray*, 86 NY2d 10), and, in any event, without merit. We find that the verdict was not against the weight of the evidence. Concur—Murphy, P. J., Rubin, Ross, Williams and Andrias, JJ.